UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Walter Clark,<br><br>  Plaintiff,<br><br>  v.<br><br>State of Nevada, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01260-APG-EJY<br><br>**ORDER** |

U.S. District Court for the District of Nevada Local Rule IA 3-1 requires a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.  Plaintiff is no longer at the address on file with the Court (*see* ECF No. 9) and has not filed an updated address as required by the Local Rule.

Accordingly, IT IS HEREBY ORDERED that no later than **January 20, 2023** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that the Clerk of the Court must send courtesy copies of this Order and the Order at ECF No. 8 to Plaintiff at High Desert State Prison, which is where he is housed as indicated on the Nevada Department of Corrections' inmate database.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 21st day of December, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE