UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER CLARK, | Case No.: 2:22-cv-01260-APG-EJY |
| Plaintiff | **Order Denying IFP** |
| v. | **(ECF No. 4)** |
| STATE OF NEVADA, et al., | |
| Defendants | |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff Walter Clark has submitted an application to proceed *in forma pauperis* demonstrating that he is able to pay the full $402 filing fee for a civil action. (ECF No. 4). Based on the financial information provided, I deny the application to proceed *in forma pauperis* and direct Clark to pay the $402 filing fee in full before this case may proceed.

Clark must pay the full filing fee of $402 on or before March 17, 2023, to proceed with this case. Alternatively, if Clark's financial situation has changed, he may submit a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After I determine the matter of the payment of the filing fee, I will issue an order on the matter of service.

**CONCLUSION**

For the foregoing reasons, I order that the application to proceed *in forma pauperis* (ECF No. 4) is denied.

I order Clark to pay the full filing fee of $402 to the Clerk of the Court on or before March 17, 2023, in order to proceed with this case.

Alternatively, if Clark's financial status has changed, Clark must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this court on or before March 17, 2023.

I order that, if Clark fails to timely comply with this order, I will dismiss this case without prejudice.

Dated: February 13, 2023

_____
U.S. District Judge