1  MAXIMILIEN D. FETAZ, ESQ., NV Bar No. 12737
   mfetaz@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV 89106-4614
   Telephone: 702.382.2101
4  Facsimile: 702.382.8135

5  *Attorney for Walter Clark*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER CLARK | CASE NO. 2:22-cv-01260-APG-EJY |
| *Plaintiff,* | **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| STATE OF NEVADA, ET AL., | |
| *Defendants.* | |

Plaintiff Walter Clark ("Plaintiff"), by and through his undersigned counsel of record, and Defendants Lansen De Costa, Salvatore Marino and Calvin Johnson ("Defendants" together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree pursuant to LR 15-1, contingent on this Court's approval, as follows:

**WHEREAS** on December 21, 2023, Plaintiff filed his First Amended Complaint in this 42 U.S.C. § 1983 Civil action against Defendants [ECF No. 30].

**WHEREAS** Plaintiff was appointed Pro Bono counsel through Legal Aid's Pro Bono of Southern Nevada's Pro Bono Program and that counsel filed a Notice of Appearance on June 20, 2024 [ECF No. 32].

**WHEREAS** Plaintiff seeks to amend his First Amended Complaint following the appearance of his newly appointed counsel.

///

///

///

30043140

**ACCORDINGLY, IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff shall withdraw his First Amended Complaint filed on December 21, 2023.

2. Plaintiff shall file a Second Amended Complaint on or before 60 days from entry of this Order.

3. This stipulation is made in good faith and is not made in an attempt to delay proceedings.

**IT IS SO STIPULATED.**

DATED this 18th day of July, 2024.

/s/ Maximilien D. Fetaz
Maximilien D. Fetaz, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Walter Clark*

DATED this 18th day of July, 2024.

/s/ Nathan M. Claus
Aaron D. Ford, Esq.
Attorney General
Nathan M. Claus, Esq.
Deputy Attorney General
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-7629
Facsimile: (702) 486-3773

*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: July 18, 2024

_____
ELAYNA J. YOUCHAH
UNITED STATES DISTRICT JUDGE

30043140

- 2 -