1  MAXIMILIEN D. FETAZ, ESQ., NV Bar No. 12737
   mfetaz@bhfs.com
2  MADYSON B. BATHKE, ESQ., NV Bar No. 16192
   mbathke@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, NV 89106-4614
   Telephone: 702.382.2101
5  Facsimile: 702.382.8135

6  *Attorney for Walter Clark*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER CLARK | CASE NO. 2:22-cv-01260-APG-EJY |
| *Plaintiff,* | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| STATE OF NEVADA, ET AL., | **(SECOND REQUEST)** |
| *Defendants.* | |

Plaintiff Walter Clark ("Plaintiff"), by and through his undersigned counsel of record, and Defendants Lansen De Costa, Salvatore Marino and Calvin Johnson ("Defendants" together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree, contingent on this Court's approval, as follows:

**WHEREAS** on July 18, 2024, this Court ordered Plaintiff's to file a Second Amended Complaint on or before 60 days from entry of the Order.

**WHEREAS** Plaintiff's current deadline to file the Second Amended Complaint is September 16, 2024.

**WHEREAS** Plaintiff is currently incarcerated at High Desert State Prison in the Nevada Department of Corrections ("NDOC"). Plaintiff's counsel had a call scheduled with Plaintiff on September 11, 2024, to discuss the Second Amended Complaint. However, NDOC is currently under a statewide lockdown and NDOC phones are offline and unavailable for the entirety of the lockdown.

30946391

- 1 -

**WHEREAS** Plaintiff seeks a brief extension of two weeks to file his Second Amended Complaint in order to ensure that Plaintiff is able to review and comment upon the draft of the Second Amended Complaint prior to its filing.

**ACCORDINGLY, IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff shall filed his Second Amended Complaint on or before September 30, 2024.

2. This stipulation is made in good faith and is not made in an attempt to delay proceedings.

**IT IS SO STIPULATED.**

DATED this 11th day of September, 2024.                    DATED this 11th day of September, 2024.

/s/ Maximilien D. Fetaz
Maximilien D. Fetaz, Esq.
Madyson B. Bathke, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Walter Clark*

/s/ Nathan M. Claus
Aaron D. Ford, Esq.
Attorney General
Nathan M. Claus, Esq.
Deputy Attorney General
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-7629
Facsimile: (702) 486-3773

*Attorneys for Defendants*

**IT IS SO ORDERED**.

**DATED: September 11, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

30946391

- 2 -