MAXIMILIEN D. FETAZ, ESQ., NV Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorney for Walter Clark*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER CLARK<br>*Plaintiff,*<br>v.<br>STATE OF NEVADA, ET AL.,<br>*Defendants.* | CASE NO. 2:22-cv-01260-APG-EJY<br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(FIFTH REQUEST)** |

Plaintiff Walter Clark ("Plaintiff"), by and through his undersigned counsel of record, and Defendants Lansen De Costa, Salvatore Marino and Calvin Johnson ("Defendants" together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend the discovery in Scheduling Order (ECF No. 41), as set forth below:

## I. PROCEDURAL POSTURE

1. Plaintiff filed his Second Amended Complaint on September 30, 2024. ECF No. 37.

2. Defendants filed their Answer on October 21, 2024. ECF No. 38.

3. Under FRCP 26(f) and LR 26-1(a), the Parties conferred via telephone, later submitting a joint proposed discovery plan and scheduling order. *See* ECF No. 40.

4. This Court adopted the Parties' proposal, entering the governing scheduling order ("Scheduling Order") on December 3, 2024. ECF No. 41.

5. The Parties then stipulated to extend the discovery deadlines and the Court entered its Order on May 13, 2025. ECF No. 48.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law

6. The Parties most recently stipulated to extend the discovery deadlines on September 29, 2025, and the Court entered its Order. ECF No. 52.

7. The Order set forth the following discovery deadlines:

a. Discovery cutoff: February 16, 2026

b. Dispositive motions: March 16, 2026

c. Joint pretrial order: April 15, 2026

8. On January 6, 2026, the Parties jointly moved for a settlement conference and stay of this litigation. ECF No. 54.

9. The Court granted the Parties' joint motion and entered its Order. ECF No. 56.

10. The Parties participated in a settlement conference before the Hon. Elayna Youchah, United States Magistrate Judge, on March 17, 2026.

11. Following participation in the settlement conference, the Parties were unable to reach a settlement and jointly stipulated to lift the stay of this matter and reopen discovery. ECF No. 60.

12. The Court entered its Order lifting the stay and reopened discovery. ECF No. 62.

13. The Order set forth the following discovery deadlines:

a. Discovery cutoff: November 4, 2026

b. Dispositive motions: December 4, 2026

c. Joint pretrial order: January 4, 2027

14. On July 29, 2026, Defendants filed its Notice of Change of Deputy Attorney General, notifying the Court and Plaintiff that Deputy Attorney General Erven T. Nelson has now assumed responsibility for representing Defendants in the instant action. ECF No. 64.

15. Pursuant to LR 26-6, the Parties hereby respectfully request that the remaining deadlines be extended by ninety (90) days for the reasons outlined below.

## II. <u>STATUS OF DISCOVERY</u>

1. The Parties made their initial disclosures in December 2024 pursuant to FRCP 26(a)(1)(A).

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

2. Plaintiff served his First Set of Interrogatories to Defendant Lansen De Costa on July 16, 2025.

3. Plaintiff served his First Set of Interrogatories to Defendant Salvatore Marino on July 16, 2025.

4. Plaintiff served his First Set of Requests for Production of Documents to Defendant Lansen De Costa on July 16, 2025.

5. Plaintiff served his First Set of Requests for Production of Documents to Defendant Salvatore Marino on July 16, 2025.

6. Plaintiff served his First Set of Requests for Admissions to Defendant Lansen De Costa on July 16, 2025.

7. Plaintiff served his First Set of Requests for Admissions to Defendant Salvatore Marino on July 16, 2025.

8. Defendants served their First Supplemental Disclosure of Witnesses and Documents pursuant to FRCP 26(a)(1).

9. Defendants responded to Plaintiff's First Set of Requests for Admissions, Requests for Production of Documents, and Interrogatories on October 17, 2025.

10. The Parties jointly stipulated to entry of a confidentiality agreement and protective order ("Protective Order") on May 6, 2026, entered by the Court's Order on May 7, 2026. ECF No. 63.

11. The Parties met and conferred regarding Defendants' discovery answers and responses on August 17, 2026.

12. Defendants agreed to supplement their previous discovery responses and answers pursuant to the terms of the Protective Order.

**III. <u>REMAINING DISCOVERY TO BE COMPLETED</u>**

1. The remaining discovery in this action includes:

   a. Additional written discovery, including FRCP 33 interrogatories, FRCP 34 requests for production, and FRCP 36 requests for admission on all Parties, and any follow up as needed or necessary;

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

b. Potential fact depositions;

c. FRCP 45 document subpoenas to third parties with relevant knowledge of Plaintiff's claims, allegations, and damages as well as Defendants' defenses;

d. Potential third party depositions; and,

e. Preparation of supplemental responses to written discovery and supplemental disclosure statements, as necessary.

2. This summary of discovery completed and remaining is not intended to be limiting but is to set forth to advise the Court of the remaining discovery that is anticipated in this matter in accordance with L.R. 26-3.

## IV. REASONS THE PARTIES REQUEST AN EXTENSION

1. After this matter was stayed pending the Parties' participation in a settlement conference, counsel for Defendants has changed twice, resulting in Defendants' undersigned counsel assuming responsibility for Defendants' representation on July 29, 2026. ECF Nos. 58, 64.

2. During the settlement conference, Defendants' prior counsel raised a novel theory regarding the facts precipitating this matter, requiring additional discovery by Plaintiff to investigate this theory.

3. As a result of good-faith conferral, the Parties have agreed that Defendants will supplement their prior discovery answers and responses pursuant to the terms of the Protective Order, which will necessitate review by Plaintiff and possible follow up and conferral between the Parties.

4. At this juncture Plaintiff's counsel faces additional challenges speaking to their client.

5. According to staff at Southern Desert Correctional Center (where Plaintiff is presently housed), Plaintiff's counsel are unable to schedule conference calls as they had done previously with the Plaintiff due to a recent change in prison policy.

6. Plaintiff's counsel are actively working to regain contact with the Plaintiff.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

7. The inability to discuss certain matters with the Plaintiff has delayed the document review process, as well as the written discovery and deposition plans.

## V. **REQUESTED EXTENSION**

1. A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

2. A stipulation "to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline" and "must be supported by a showing of good cause." LR 26-3.

3. LR IA 6-1 provides that "[a] motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted."

4. There is good cause to extend the discovery deadlines in this matter given (a) the recent introduction of Defendants' counsel in this matter and supplementation of Defendants' discovery, (b) the need for written discovery on new theories of this matter, (c) the renewed challenges Plaintiff's counsel faces in contacting the Plaintiff, (d) the need to conduct depositions if they become necessary based on the written discovery responses.

5. This is the fifth request for an extension of the discovery deadlines.

6. Because all Parties stipulate to this requested extension, no Party will be prejudiced by extending discovery as requested.

7. Nor is this stipulation made with undue delay, dilatory motive, or bad faith.

8. Based on the foregoing, the Parties stipulate that the discovery deadlines be extended by (90) days, with the new deadlines to be as follows[1]:

a. Discovery cutoff: February 2, 2027

b. Dispositive motions: March 4, 2027

/ / /

/ / /

/ / /

[1] Dates falling on the weekend or a holiday have been moved to the following business day.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

c. Joint pretrial order: April 5, 2027

**IT IS SO STIPULATED.**

DATED this 3rd day of September, 2026.

*/s/ Maximilien D. Fetaz*
Maximilien D. Fetaz, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Walter Clark*

DATED this 3rd day of September, 2026.

*/s/ Erven T. Nelson*
Aaron D. Ford, Esq.
Attorney General
Erven T. Nelson, Esq.
Deputy Attorney General
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** September 3, 2026

UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106